UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL WASHINGTON and ANTHONY SANCHEZ,<br><br>Defendants. | No.  2:13-cr-00206-MCE<br><br>FINAL PRETRIAL ORDER<br><br>TRIAL DATE: June 29, 2015<br>TIME: 9:00 a.m. |

A Trial Confirmation Hearing was held on May 28, 2015.  Jason Hitt and Jill Thomas appeared as counsel for the United States.  Dan Brace appeared as counsel for Defendant Israel Washington, and Ronald Peters appeared as counsel for Defendant Anthony Sanchez.  After the hearing, the Court makes the following findings and orders.

I.  DATE AND LENGTH OF TRIAL

A trial is scheduled for June 29, 2015, at 9:00 a.m., in courtroom 7.  The estimated length of trial is ten (10) days.  The Court will permit each side up to one (1) hour for closing arguments unless otherwise specifically ordered by the Court.  The United States of America will be permitted to reserve time for rebuttal purposes but will be required to monitor any time so reserved.

///

## II. MOTIONS IN LIMINE

Any motions in limine by any party shall be filed by June 8, 2015. Any opposition to those motions in limine shall be filed by June 15, 2015. Any reply shall be filed by June 22, 2015.

## III. AGREED STATEMENTS - JOINT STATEMENT OF CASE

It is <u>mandatory</u> the parties file a short, jointly-prepared statement concerning the nature of this case that will be read to the jury at the commencement of trial. The joint statement of the case shall include in plain, concise language the claims of the United States of America and the claims of other parties, if any, and the corresponding Defendant to the claims. The purpose of the joint statement of the case is to inform the jury at the outset what the case is about. The statement must be filed by June 22, 2015.

## IV. WITNESSES

The parties are ordered to file their respective witness lists by June 22, 2015.

Each party may call a witness designated by another party. The parties must expressly reserve the right to call additional witnesses at trial.

## V. EXHIBITS - SCHEDULES AND SUMMARIES

The parties are ordered to file their respective exhibit lists by June 22, 2015. The parties must expressly reserve the right to offer additional exhibits at trial.

The parties shall use the standard exhibit stickers provided by the Court Clerk's Office. All multi-page exhibits shall be stapled or otherwise fastened together and each page within the exhibit shall be numbered. **All photographs MUST be marked individually**.

Each party may use an exhibit designated by another party. In the event that the United States of America and Defendants offer the same exhibit during trial, that exhibit shall be referred to by the designation the exhibit is <u>first</u> <u>identified</u>. The Court cautions the parties to pay attention to this detail so that all concerned, including the jury, will not be confused by one exhibit being identified by both the United States of America and the Defendants.

VI. PROPOSED JURY INSTRUCTIONS, VOIR DIRE, VERDICT FORM

A. Jury Instructions

Counsel shall primarily use the Ninth Circuit Model Jury Instructions and any revisions. However, instructions or authority may be submitted to the Court for approval. Attached for counsels' review are the Court's standard opening and closing instructions which are taken from the Ninth Circuit's Model Jury Instructions. If counsel has no objections to the Court's use of these opening and closing instructions, counsel need not submit their own opening and closing instructions.

The instructions must be filed by June 22, 2015, and shall be identified as the "Jury Instructions Without Objection."

All instructions shall be, to the extent possible, concise, understandable, and free of argument. See Local Rule 163(c). Parties shall also note any modifications of instructions from statutory authority, case law, or from any form of pattern instructions; the parties must also specifically identify the modification by underlining additions and bracketing deletions.

B. Verdict Form

The parties are ordered to file their respective proposed verdict form(s) by June 22, 2015.

C. Voir Dire

The parties are ordered to file their respective proposed voir dire by June 22, 2015. The Court reserves the right to conduct all examination of prospective jurors. Notwithstanding this reservation, the Court will permit each side up to ten (10) minutes to conduct further voir dire, if desired. The voir dire questions shall be filed with the Court by June 22, 2015.

///

///

///

///

D.     Submission of Documents to the Court

At the time of filing their respective proposed jury instructions and verdict form(s), counsel shall also electronically mail to the Court, in digital format and compatible with Microsoft Word, the proposed jury instructions and verdict form(s) ONLY.  No other documents should be electronically mailed to the Court.

**These documents MUST be sent to: mceorders@caed.uscourts.gov.**

VII.   CHOICE NOT TO FILE DOCUMENTS

Should any party choose not to file a trial brief, witness list, exhibit list, proposed voir dire, proposed jury instructions, or proposed verdict forms, that party must notify the Court in writing by June 19, 2015, that it will not be filing such documents.

VIII.  AUDIO/VISUAL EQUIPMENT

The parties are required to **file electronically** a joint request to the Courtroom Deputy Clerk, Stephanie Deutsch, by June 15, 2015, if they wish to reserve and arrange for orientation with all parties on the Court's mobile audio/visual equipment for presentation of evidence.  There will be one date and time for such orientation.

Dated:  May 29, 2015

_____  
MORRISON C. ENGLAND, JR, CHIEF JUDGE  
UNITED STATES DISTRICT COURT