BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ISRAEL WASHINGTON, et al., <br><br> Defendants. | Case No. 2:13-cr-0206 MCE <br><br> STIPULATION AND ORDER RESETTING SENTENCING HEARING FOR DEFENDANT ANTHONY SANCHEZ |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Anthony SANCHEZ, by and through his counsel of record, Ron Peters, Esq., stipulate and agree that the currently-scheduled judgment and sentencing hearing for this defendant, currently set for October 8, 2015, should be moved to November 12, 2015, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: October 7, 2015          /s/ JASON HITT
                                JASON HITT
                                Assistant United States Attorney

Dated: October 7, 2015          /s/ RON PETERS, Esq.
                                RON PETERS, Esq.
                                Counsel for Defendant, authorized to sign for Mr. Peters on
                                October 7, 2015

STIPULATION AND ORDER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The judgment and sentencing hearing for defendant Anthony SANCHEZ on October 8, 2015, is VACATED; and

2. Judgment and sentencing for defendant SANCHEZ is set for November 12, 2015, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: October 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT